USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/19/2021_

FISHER

New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

July 16, 2021

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re: Castillo *et al.* v. ELG Parking, Inc. *et al.*
        Case No.: 21-cv-2550 (AT)

Dear Judge Torres:

      We represent Plaintiffs in this matter. We write to respectfully request that the Court adjourn the July 22, 2021 conference until the last week of August. No Defendant has yet filed a responsive pleading in this case and therefore all have defaulted. However, I communicated in the last few days with counsel for Defendants ELG Parking, Inc. and Alexander in another case, and he has advised me that he will represent them in this case as well and will be filing an answer within 30 days. While Plaintiffs will have to move for a default judgment against the other Defendants, because Defendants ELG Parking, Inc. and Alexander will be defending their case, this case will proceed. We therefore respectfully request that the Court adjourn the conference until the last week of August.

      Thank you for your attention to the above.

GRANTED. The initial pretrial conference scheduled for July 22, 2021, is ADJOURNED to **August 25, 2021**, at **10:20 a.m.** By **August 18, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: July 19, 2021
      New York, New York

_____
**ANALISA TORRES**
United States District Judge