```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/1/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIONISIO CASTILLO, ANGEL PIGUERO, and
MODESTO GUERRERO,

                Plaintiffs,

-against-

ELG PARKING INC., 169TH STREET
PARKING CORP., ELG & 169TH STREET
PARKING CORPORATION, BISHOP JOSEPH
ALEXANDER, and RAYMOND LOPEZ,

                Defendants.

21 Civ. 2550 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 23, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by September 29, 2021. ECF No. 19. Those submission are now overdue. Accordingly, by **October 4, 2021**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: October 1, 2021
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge