```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/15/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIONISIO CASTILLO, ANGEL PIGUERO, and MODESTO GUERRERO,

                Plaintiffs,

-against-

ELG PARKING INC., 169TH STREET PARKING CORP., ELG & 169TH STREET PARKING CORPORATION, BISHOP JOSEPH ALEXANDER, and RAYMOND LOPEZ,

                Defendants.

21 Civ. 2550 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference scheduled for November 30, 2021, is ADJOURNED *sine die*. The parties' deadline to submit a joint letter and proposed case management plan is ADJOURNED to **December 13, 2021**, to allow mediation to proceed.

    SO ORDERED.

Dated: November 15, 2021
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge