FISHER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/7/2022__

Main 212.571.0700
Fax 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

February 4, 2022

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

　　　　　　　　　Re: Castillo *et al.* v. ELG Parking, Inc. *et al.*
　　　　　　　　　Case No.: 21-cv-2550 (AT)

Dear Judge Torres:

　　　　We represent Plaintiffs in this matter. Plaintiffs and Defendants ELG Parking, Inc. and Bishop Joseph Alexander[1] write to respectfully request that the Court extend their deadline to engage in fact discovery until April 13, 2022. The parties inadvertently failed to file a proposed case management plan by December 13, 2021 after completing their second day of mediation a week earlier, and the Court therefore entered the previous version submitted by the parties months earlier, which had a discovery close date of February 4, 2022. The Court's regular practice is to allow 120 days to complete fact discovery, which would have been April 13, 2022. The parties therefore respectfully request that the extend the fact discovery date to that date. They also respectfully request that the Court adjourn the March 10, 2022 conference until after April 13, 2022.

　　　　Thank you for your attention to the above.

GRANTED. By **April 13, 2022**, the parties shall complete fact discovery. The parties shall file a joint status letter by **April 26, 2022**. The case management conference scheduled for March 10, 2022, is ADJOURNED to **May 3, 2022** at **10:20 a.m.**

SO ORDERED.

Dated: February 7, 2022
　　　New York, New York

_____
ANALISA TORRES
United States District Judge