USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __05/11/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIONISIO CASTILLIO, ANGEL PIGUERO, and MODESTO GUERRERO,<br><br>        Plaintiffs,<br><br>-against-<br><br>ELG PARKING INC., 169TH STREET PARKING CORP., ELG & 169TH STREET PARKING CORPORATION, BISHOP JOSEPH ALEXANDER, and RAYMOND LOPEZ,<br><br>        Defendants. | **ORDER SCHEDULING DISCOVERY CONFERENCE**<br><br>**1:21-CV-2550 (AT)(KHP)** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

  This case has been referred to me for general pretrial supervision purposes (Doc. No. 32). A Discovery Conference will be held on **Friday, June 17, 2022 at 10:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street New York, New York to address the parties' outstanding discovery disputes.

  **SO ORDERED.**

Dated: May 11, 2022
     New York, New York

*Katharine H Parker*

            KATHARINE H. PARKER
            United States Magistrate Judge