USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2022

**FISHER | TAUBENFELD LLP**

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

May 9, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

       Re: Castillo *et al.* v. ELG Parking, Inc. *et al.*
       Case No.: 21-cv-2550 (AT)

Dear Judge Torres:

      We represent Plaintiffs in this matter. We write to respectfully request that (1) the Court compel the answering Defendants ELG Parking, Inc. and Bishop Joseph Alexander ("Answering Defendants") to respond to Plaintiffs' discovery requests; and (2) <u>extend the fact discovery deadline from May 23, 2022 to June 23, 2022</u> so that Plaintiffs can receive Answering Defendants' responses and take depositions. This is the first request to compel, and the third request to extend discovery. The Court granted the first request in full and the second request in part.

      Plaintiffs served their discovery demands on March 14, 2022. (Exhibit 1 - Responses). On April 13, Plaintiffs requested the status of Answering Defendants' responses and offered additional time to respond (Exhibit 2 – Email Chain Between Counsel). On April 19 Plaintiffs asked again for the status of the responses, and Answering Defendants agreed to provide responses by April 22 and then again by April 25. Plaintiffs followed up again on April 29, and Answering Defendants advised that the responses would be provided that day and all that remained was Defendants' signed verification. Plaintiffs again followed up on May 3 after Answering Defendants failed to respond. The following day, Answering Defendants' counsel advised that he had not been able to make contact with Answering Defendants and would send someone to their office to determine the status. Unfortunately, Plaintiffs have still not received the responses or any indication of when they will be produced.

      The Court should compel Defendants to provide responses. Plaintiffs cannot engage in depositions without Defendants' responses, which are now almost a month overdue. Plaintiffs have made every effort to obtain the responses without requesting judicial intervention

but to no avail. Answering Defendants' counsel has indicated that he cannot contact Answering Defendants and therefore appears to have no timetable for when he will provide the responses. Accordingly, Plaintiffs respectfully request that the Court compel Defendants to provide responses.

Further, Plaintiffs request that the Court adjourn the discovery end date for 30 days to June 23, 2022. Because Answering Defendants have not yet provided their responses, Plaintiffs cannot schedule depositions or complete discovery in this case. Accordingly, Plaintiffs respectfully request that the Court extend the discovery deadline for 30 days.

Thank you for your attention to the above.

Respectfully Submitted,

------------------/s/-----------
Michael Taubenfeld

.

> The undersigned has been referred for general pretrial purposes.
>
> Plaintiffs' unopposed motion to extend the fact discovery deadline from May 23, 2022 to June 23, 2022 is granted.
>
> Plaintiff's request to compel Answering Defendants to respond to discovery requests has been withdrawn as moot because Defendants produced the discovery sought.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE   5/20/2022

2