```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/26/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DIONISIO CASTILLO, ANGEL PIGUERO, and
MODESTO GUERRERO,

                Plaintiffs,

-against-

ELG PARKING INC., 169TH STREET
PARKING CORP., ELG & 169TH STREET
PARKING CORPORATION, BISHOP JOSEPH
ALEXANDER, and RAYMOND LOPEZ,

                Defendants.

21 Civ. 2550 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for November 16, 2022, is ADJOURNED to **December 13, 2022**, at **1:00 p.m.** Additionally, the parties are reminded that they must file a joint status report not later than one week in advance of the case management conference. *See* ECF No. 25 ¶ 16. And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery. *See id.*

    SO ORDERED.

Dated: October 26, 2022
       New York, New York

                                            ANALISA TORRES
                                 United States District Judge