**MEMO ENDORSED**

# Civil Rights Consortium

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/01/2022

> **APPLICATION GRANTED:** The Case Management conference in this matter scheduled for Thursday, November 3, 2022 at 10:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, November 29, 2022 at 11:00 a.m.</u>
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 11/01/2022

November 1, 2022

**BY ECF**
Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

  Re: <u>Castillo et al.,</u> *vs* <u>E L G etc., et al.,</u>
    Civil Action No. 21-02550(AT)(KHP)
    Case Management Conference Scheduling Conflict

Dear Judge Parker,

  I am writing concerning the parties case management conference scheduled for November 3, 2022. Defense counsel has a conflict, requiring counsel to appear in Bronx Civil Court and Supreme Court concerning an eviction, at 9:30 a.m. Therefore, it is unlikely that counsel would be make it the 10 a.m. case management conference in the above-referenced matter. As such, defense counsel respectfully requests an adjournment of the case management conference scheduled for November 3rd, at 10 A.M., adjournment such to November 10th or 14th, at which time the parties would appear for a case management conference. Plaintiffs' counsel has been consulted and has agreed to this adjournment request.

  Additionally, defense counsel has proposed holding the instant case management conference in abeyance, given the rather unique circumstances of this case, which were discussed at the mediation session conducted by the Court, wherein the Court suggested that the parties, who are working diligently in trying to resolve this matter, conduct the underlying depositions, and continue to work to a universe that resolves this case, irrespective of the parties' claims and defenses.

      Additionally, another reason for the instant adjournment request is that defense counsel must locate the Defendant Alexander. In Mr. Alexander's capacity as a representative of the church, he is often sent on missionary trips by the church, often abroad, such that it is very possible that Mr. Alexander is abroad and would be unable to appear in-person on November 3rd, as we continue our efforts in locating Mr. Alexander.

Respectfully Submitted,

BY: *Dubois Raynor, Jr.*
E. Dubois Raynor, Jr., Esq.
Managing Attorney

**BY ECF**
Michael Taubenfeld, Esq.
FISHER & TUBENFELD, LLP
ATTORNEYS FOR THE PLAINTIFFS
225 Broadway, Suite 1700
New York, New York 10007