USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022

FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

November 28, 2022

**VIA ECF**
Hon. Katherine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**APPLICATION DENIED**

*[signature]*
KATHARINE H. PARKER
United States Magistrate Judge
11/28/2022

Re: Castillo *et al.* v. ELG Parking, Inc. *et al.*
Case No.: 21-cv-2550 (AT) (KHP)

Dear Judge Parker:

  We represent Plaintiffs in this matter. The parties jointly write to respectfully request that the Court adjourn tomorrow's conference until December 13, 15, or 21 due to the parties making significant progress in settlement discussions.[1] We apologize for the late submission of this letter but the settlement progress only came over the holiday weekend. The parties have worked to substantially reduce the gap and are optimistic that they can resolve this case within the next two weeks. The parties therefore respectfully request that the Court adjourn the conference until one of the above dates. If the Court grants this motion and adjourns the conference until after the December 13, 2022 conference before Judge Torres, the parties will make a separate application to her for an adjournment.

  Thank you for your attention to the above.

Respectfully Submitted,
/s/_____
Michael Taubenfeld

---

[1] Counsel has additional availability if the Court converts the conference to a telephone conference.