```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIONISIO CASTILLIO, ANGEL PIGUERO, and MODESTO GUERRERO,

            Plaintiffs,

-against-

ELG PARKING INC., 169TH STREET PARKING CORP., ELG & 169TH STREET PARKING CORPORATION, BISHOP JOSEPH ALEXANDER, and RAYMOND LOPEZ,

            Defendants.

**ORDER**

1:21-CV-2550 (AT)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed at the November 29, 2022 Case Management Conference:

The deadline for discovery is extended to **Tuesday, January 31, 2023**.

The parties shall submit a joint status letter no later than **Friday, December 30, 2022** stating whether the parties have reached a settlement.

      **SO ORDERED.**

Dated:   November 30, 2022
            New York, New York

                                                          *Katharine H. Parker*
                                                         KATHARINE H. PARKER
                                                       United States Magistrate Judge