FISHER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/5/2022_

New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

December 2, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re: Castillo *et al.* v. ELG Parking, Inc. *et al.*
        Case No.: 21-cv-2550 (AT)(KHP)

Dear Judge Torres:

      We represent Plaintiffs in this matter. The parties write to notify the Court that the discovery deadline has been extended by Magistrate Judge Katharine H. Parker until January 31, 2023, and therefore discovery will not be completed by the previously scheduled December 13 case management conference. We respectfully request that the December 13 case management conference be adjourned and rescheduled for after January 31, 2023 such that discovery will be completed before the conference.

      Thank you for your attention to the above.

GRANTED.  The case management conference scheduled for December 13, 2022, is ADJOURNED to **February 21, 2023**, at **10:20 a.m.**

The parties are reminded that they must file a joint status report no later than one week in advance of the case management conference.  ECF No. 25 ¶ 16.  And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery.  *See id.*

SO ORDERED.

Dated: December 5, 2022
      New York, New York

                               ANALISA TORRES
                              United States District Judge