USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/03/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIONISIO CASTILLIO, ANGEL PIGUERO, and MODESTO GUERRERO,

                Plaintiffs,

-against-

ELG PARKING INC., 169TH STREET PARKING CORP., ELG & 169TH STREET PARKING CORPORATION, BISHOP JOSEPH ALEXANDER, and RAYMOND LOPEZ,

                Defendants.

---

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**1:21-CV-2550 (AT)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A Case Management conference in this matter is hereby scheduled for **Wednesday, February 22, 2023 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: January 03, 2023
New York, New York

_Katharine H. Parker_

KATHARINE H. PARKER
United States Magistrate Judge