USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIONISIO CASTILLIO, ANGEL PIGUERO, and MODESTO GUERRERO,

          Plaintiffs,

-against-

ELG PARKING INC., 169TH STREET PARKING CORP., ELG & 169TH STREET PARKING CORPORATION, BISHOP JOSEPH ALEXANDER, and RAYMOND LOPEZ,

          Defendants.

**ORDER**

1:21-CV-2550 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    As discussed at the February 2, 2023 Case Management Conference, the discovery deadline is extended to **Thursday, March 2, 2023**.

    Defense counsel previously represented that a new attorney is going to take over representation of Defendants in this case, and the Court ordered the new counsel to make an appearance in this action by Wednesday, February 1, 2023. (ECF No. 64.) However, no new counsel has entered an appearance. Defendants' new counsel shall enter an appearance by **Thursday, February 9, 2023**.

    SO ORDERED.

Dated:   February 6, 2023
         New York, New York

                                      *Katharine H. Parker*
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge