```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/16/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIONISIO CASTILLO, ANGEL PIGUERO, and
MODESTO GUERRERO,

                Plaintiffs,

-against-

ELG PARKING INC., 169TH STREET PARKING CORP., ELG & 169TH STREET PARKING CORPORATION, BISHOP JOSEPH ALEXANDER, and RAYMOND LOPEZ,

                Defendants.

21 Civ. 2550 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Discovery in this action will close on March 20, 2023. ECF Nos. 72, 74. The case management conference scheduled for March 28, 2023, is ADJOURNED to **April 11, 2023**, at **10:20 a.m.**

    Additionally, the parties are reminded that they must file a joint status report not later than one week in advance of the case management conference. *See* ECF No. 25 ¶ 16. And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery. *See id.*

    SO ORDERED.

Dated: March 16, 2023
         New York, New York

                                                ANALISA TORRES
                                         United States District Judge