UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIONISIO CASTILLO, ANGEL PIGUERO, and MODESTO GUERRERO,

          Plaintiffs,

-against-

ELG PARKING INC., 169TH STREET PARKING CORP., ELG & 169TH STREET PARKING CORPORATION, BISHOP JOSEPH ALEXANDER, and RAYMOND LOPEZ,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/11/2023_

21 Civ. 2550 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

    The case management plan in this action does not indicate whether (1) the parties consent to conducting all further proceedings before a magistrate judge, including motions and trial or (2) this case is to be tried to a jury. ECF No. 25 ¶¶ 1–2. By **April 14, 2023**, the parties shall file a joint letter informing the Court of their position.

    The parties are reminded that they may consent to proceed before the Honorable Katharine H. Parker. If the parties consent to Judge Parker's jurisdiction, also by **April 14, 2023**, they shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754, on the docket. The parties are free to withhold consent without negative consequences.

    If the Court approves that form, all further proceedings will then be conducted before Judge Parker rather than before the undersigned. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be if the consent form were not signed and so ordered.

    SO ORDERED.

Dated: April 11, 2023
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge