UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIONISIO CASTILLO, ANGEL PIGUERO, and
MODESTO GUERRERO,

                                    Plaintiffs,

                    -against-

ELG PARKING INC., 169TH STREET
PARKING CORP., ELG & 169TH STREET
PARKING CORPORATION, BISHOP JOSEPH
ALEXANDER, and RAYMOND LOPEZ,

                                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/17/2023__

21 Civ. 2550 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 11, 2023, the Court ordered the parties to file a joint letter indicating whether (1) the parties consent to conducting all further proceedings before a magistrate judge, including motions and trial or (2) this case is to be tried to a jury by April 14, 2023.  ECF No. 84 (citing ECF No. 25 ¶¶ 1–2).  The parties have not done so.  Accordingly, by **April 19, 2023**, the parties shall file their joint letter.

SO ORDERED.

Dated: April 17, 2023
       New York, New York

                                    _____
                                    ANALISA TORRES
                                    United States District Judge