```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIONISIO CASTILLO, ANGEL PIGUERO, and MODESTO GUERRERO,

        Plaintiffs,

-against-

ELG PARKING INC., 169TH STREET PARKING CORP., ELG & 169TH STREET PARKING CORPORATION, BISHOP JOSEPH ALEXANDER, and RAYMOND LOPEZ,

        Defendants.

21 Civ. 2550 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants' letter dated April 5, 2023, ECF No. 82, and the parties' letter dated April 21, 2023, ECF No. 89. Defendants "request that the Court allow them to file [a] motion for summary judgment." ECF No. 82 at 2. Pre-motion letters for any motions for summary judgment were due April 3, 2023. ECF Nos. 75, 79. Defendants state that their untimely request was a result of their "inadverten[ce.]" ECF No. 82 at 1. Defendants' request is not only untimely, it does not comply with Rule III.C of the Court's Individual Practices in Civil Cases.

    The parties state that "[n]o party requested a jury trial in their initial pleadings, but Defendants intend to move under [Federal Rule of Civil Procedure] 39(b) for a jury trial." ECF No. 89. Rule III.C.i of the Court's Individual Practices in Civil Cases notes that, "[a]bsent good cause, the Court will not ordinarily have summary-judgment practice in a non-jury case."

    Defendants are directed to resubmit their request for a summary judgment motion that conforms to the above and the Court's Individual Practices in Civil Cases by **May 1, 2023**. Plaintiffs shall file a response to Defendants' request **within five business days** after receipt of Defendants' pre-motion letter. No further extension shall be granted absent a showing of good cause.

    SO ORDERED.

Dated: April 24, 2023
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge