USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2023

F I S H E R

New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

June 21, 2023

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re: Castillo *et al.* v. ELG Parking, Inc. *et al.*
        Case No.: 21-cv-2550 (AT)(KHP)

Dear Judge Torres:

        We represent Plaintiffs in this matter. Plaintiffs respectfully request an extension of one week, from June 22, 2023 until June 29, 2023, to reopen the case in the event the parties do not finalize their settlement. Answering Defendants consent to this request. The parties have exchanged drafts and are in the process of finalizing the agreement. Plaintiffs therefore request that the Court extend for one week Plaintiffs' deadline to reopen.

        Thank you for your attention to the above.

        Respectfully Submitted,

        /s/
        Michael Taubenfeld

GRANTED. Any motion to reopen shall be filed by **June 29, 2023**.

SO ORDERED.

Dated: June 22, 2023
      New York, New York

ANALISA TORRES
United States District Judge