F I S H E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/30/2023__

**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

June 29, 2023

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re: Castillo *et al.* v. ELG Parking, Inc. *et al.*
        Case No.: 21-cv-2550 (AT)(KHP)

Dear Judge Torres:

        We represent Plaintiffs in this matter. Plaintiffs respectfully request an extension of one week, from June 29, 2023 until July 6, 2023, to reopen the case in the event the parties do not finalize their settlement. The parties have finalized the agreement, and Plaintiffs have executed it. Plaintiffs therefore request that the Court extend for one week Plaintiffs' deadline to reopen.

        Thank you for your attention to the above.

        Respectfully Submitted,

        /s/
        Michael Taubenfeld

GRANTED. Any motion to reopen shall be filed by **July 6, 2023**.

SO ORDERED.

Dated: June 30, 2023
      New York, New York

ANALISA TORRES
United States District Judge