USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/7/2023_

**FISHER |**

New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

July 6, 2023

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re: Castillo *et al.* v. ELG Parking, Inc. *et al.*
        Case No.: 21-cv-2550 (AT)(KHP)

Dear Judge Torres:

      We represent Plaintiffs in this matter. Plaintiffs respectfully request an extension of one week, from July 6, 2023 until July 13, 2023, to reopen the case in the event the parties do not finalize their settlement. As noted in Plaintiff's previous letter, the parties have finalized the agreement, and Plaintiffs have executed it. However, Defendants' counsel's mother recently passed away. Plaintiffs therefore request that the Court extend for one week Plaintiffs' deadline to reopen.

      Thank you for your attention to the above.

                        Respectfully Submitted,

                        /s/_____
                        Michael Taubenfeld

GRANTED. Any motion to reopen shall be filed by **July 13, 2023**.

SO ORDERED.

Dated: July 7, 2023
       New York, New York

                        ANALISA TORRES
                        United States District Judge