FISHER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/14/2023

**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

July 13, 2023

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Castillo *et al.* v. ELG Parking, Inc. *et al.*
Case No.: 21-cv-2550 (AT)(KHP)

Dear Judge Torres:

We represent Plaintiffs in this matter.  Plaintiffs respectfully request an extension of one week, from July 13, 2023 until July 20, 2023, to reopen the case in the event the parties do not finalize their settlement.  As noted in Plaintiff's previous letter, the parties have finalized the agreement, and Plaintiffs have executed it, but Defendants' counsel's mother recently passed away, which appears to have delayed Defendants' execution. Plaintiffs therefore request that the Court extend for one week Plaintiffs' deadline to reopen.

Thank you for your attention to the above.

Respectfully Submitted,

/s/_____
Michael Taubenfeld

GRANTED.  Any motion to reopen shall be filed by **July 20, 2023**.

SO ORDERED.

Dated: July 14, 2023
        New York, New York

_____
**ANALISA TORRES**
United States District Judge