USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/21/2023_____

**F I S H E R**

New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

July 20, 2023

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re: Castillo *et al.* v. ELG Parking, Inc. *et al.*
        Case No.: 21-cv-2550 (AT)(KHP)

Dear Judge Torres:

        We represent Plaintiffs in this matter. Plaintiffs respectfully request one final extension from July 20, 2023 to July 25, 2023 to reopen the case in the event the parties do not finalize their settlement. As noted in Plaintiff's previous letters, the parties have finalized the agreement, and Plaintiffs have executed it. Defendants' counsel has advised me that Defendants intend to sign but will need until Monday to do so. Plaintiffs therefore request that the Court extend for five more days Plaintiffs' deadline to reopen.

        Thank you for your attention to the above.

        Respectfully Submitted,

        /s/_____
        Michael Taubenfeld

GRANTED. Any motion to reopen shall be filed by **July 25, 2023**. No further extension shall be granted without a showing of good cause.

SO ORDERED.

Dated: July 21, 2023
       New York, New York

ANALISA TORRES
United States District Judge